IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GREGORY ALLEN CLAYBON,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. 3:15-CV-4046-L |
| | § | |
| **DALLAS COUNTY CRIMINAL DISTRICT COURT NO. 1,** | § § | |
| | § | |
| Respondent. | § | |

## ORDER

Before the court is Petitioner Gregory Allen Claybon's ("Petitioner") *pro se* writ of habeas corpus pursuant to 28 U.S.C. § 2254, filed December 23, 2015. The case was referred to Magistrate Judge Renee Harris Toliver for screening, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 2, 2016, recommending that the court dismiss the petition without prejudice for want of jurisdiction. No objections to the Report were filed.

After reviewing the pleadings, file, record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses** the petition **without prejudice** for want of jurisdiction.

**It is so ordered** this 21st day of April, 2016.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

Order – Solo Page